ORDERED.

**Dated:  January 26, 2016**

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov**

IN RE:                                                    CHAPTER 13

KENDRIA M. RICHARDSON                  CASE NUMBER 8:15-bk-10602-KRM

Debtor(s)[1]

_____/

**CORRECTIVE
ORDER ON TRUSTEE'S MOTION TO DISMISS CASE FOR
FAILURE TO COMPLY WITH THE AMENDED ADMINISTRATIVE
ORDER PRESCRIBING PROCEDURES FOR CHAPTER 13 CASES (DOC. NO. 21)**

THIS CASE came on for consideration to correct a scrivener's error in paragraph two (2) of the Order on Trustee's Motion to Dismiss Case for Failure to Comply with the Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (Doc. No. 29) regarding the rescheduled Section 341 Meeting of Creditors date and time which came on for a hearing on January 6, 2016 upon the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with the Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (Doc. No. 21) and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is

_____

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

**ORDERED:**

1.      The Court will reserve ruling on the Trustee's Motion to Dismiss Case for Failure to Comply with the Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (Doc. No. 21).

2.      The Debtor shall attend a Section 341 Meeting of Creditors, where the Debtor shall also provide the Trustee with proof of her social security number, on **February 22, 2016 at 10:30 a.m.**, at Timberlake Annex, 501 East Polk Street, Suite 100-A, Tampa, Florida, and failure to attend shall constitute a willful failure of the Debtor to abide by an Order of the Court.

3.      The Debtor shall provide to the Chapter 13 Trustee, no later than seven (7) days before the rescheduled Meeting of Creditors, copies of her most recent two years tax returns and copies of all payment advices (paystubs, etc.) for the six (6) month period prior to filing her Petition under Chapter 13.

4.      In the event the Debtor fails to comply with the requirements of Paragraph 2 and 3 above, her case shall be DISMISSED and the Trustee shall submit the appropriate documents closing this case for failure to follow Court Orders.

5.      In the event the Debtor complies with all of the requirements of Paragraph 2 and 3 above, the Trustee will submit and the Court will enter an Order denying the Trustee's Motion to Dismiss as moot.

Kelly Remick, Chapter 13 Standing Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

KR/WCH/ra                                                                                    C13T 01/25/16